**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
Ryan D. Ardi (SBN 348738)
*rardi@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE WINKELBAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS INC., A COOPERATIVE and PROMOTION IN MOTION, INC.,<br><br>Defendants. | Case No. 3:22-cv-07028-JD<br>Case Filed: November 9, 2022<br>FAC Filed: January 30, 2023<br><br><u>CLASS ACTION</u><br><br>*Assigned to Hon. James Donato*<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [PROPOSED] ORDER** |

Plaintiff Shane Winkelbauer ("Plaintiff") and Defendants Promotion in Motion, Inc. d/b/a PIM Brands, Inc. and Welch Foods, Inc., A Cooperative ("Defendants"), through their respective counsel of record, jointly stipulate to dismiss this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice as to the named Plaintiff and without prejudice as to the putative class.

**IT IS SO STIPULATED AND AGREED.**

DATED: May 6, 2024

**CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
　　Ryan J. Clarkson
　　Bahar Sodaify
　　Kelsey J. Elling

*Attorneys for Plaintiff*

DATED: May 6, 2024

**VENABLE LLP**

By: */s/ Daniel S. Silverman*
　　Daniel S. Silverman
　　Bryan J. Weintrop
　　Amit Rana

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable James Donato
United States District Judge

---

1
JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: May 6, 2024 **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
Bahar Sodaify