**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
Ryan D. Ardi (SBN 348738)
*rardi@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE WINKELBAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELCH FOODS INC., A COOPERATIVE and PROMOTION IN MOTION, INC.,<br><br>Defendants. | Case No. 3:22-cv-07028-JD<br>Case Filed: November 9, 2022<br>FAC Filed: January 30, 2023<br><br><u>CLASS ACTION</u><br><br>*Assigned to Hon. James Donato*<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [PROPOSED] ORDER** |

Plaintiff Shane Winkelbauer ("Plaintiff") and Defendants Promotion in Motion, Inc. d/b/a PIM Brands, Inc. and Welch Foods, Inc., A Cooperative ("Defendants"), through their respective counsel of record, jointly stipulate to dismiss this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice as to the named Plaintiff and without prejudice as to the putative class.

**IT IS SO STIPULATED AND AGREED.**

DATED: May 6, 2024                    **CLARKSON LAW FIRM, P.C.**

                                      By: */s/ Bahar Sodaify*
                                          Ryan J. Clarkson
                                          Bahar Sodaify
                                          Kelsey J. Elling

                                          *Attorneys for Plaintiff*

DATED: May 6, 2024                    **VENABLE LLP**

                                      By: */s/ Daniel S. Silverman*
                                          Daniel S. Silverman
                                          Bryan J. Weintrop
                                          Amit Rana

                                          *Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____May 6____, 2024

                                      _____
                                      The Honorable James Donato
                                      United States District Judge

---

1
JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: May 6, 2024                                     **CLARKSON LAW FIRM, P.C.**

                                                       By: */s/ Bahar Sodaify*
                                                              Bahar Sodaify